HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
BRENDEN SALAICES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-156-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: November 14, 2016 |
| BRENDEN SALAICES, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Brenden Salaices, that the status conference scheduled for October 31, 2016 be vacated and be continued to November 14, 2016 at 9:00 a.m.

In addition, due to the need for defense counsel to review the discovery, hold discussions with her client, and prepare, the parties stipulate that the time period from the date of this stipulation, October 26, 2016, through and including, November 14, 2016, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon defense preparation, and that the ends of justice to be served by

Stipulation and [Proposed] Order to Continue Status Conference               -1-

granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 27, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
BRENDEN SALAICES

DATED: October 27, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the October 31, 2016 status conference shall be continued until November 14, 2016 at 9:00 a.m.

Dated: October 28, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE