UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENDEN PAUL SALAICES,<br><br>    Defendant. | 2:16-cr-00156-AC<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on January 8, 2018, at 9:00 a.m. to show cause why the probation granted on January 9, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

Order to Show Cause           1           U.S. v. Brenden Paul Salaices

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on January 8, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 30, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE